**Order filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00814-CV

_____

## DAVID ALBARREZ, Appellant

## V.

## SHARLENE MERCIER D/B/A SHAMAR HOLDINGS, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1035307**

# O R D E R

The notice of appeal in this case was filed September 16, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **November 26, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM